UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK MONROE ROBINSON | * | CIVIL ACTION |
| VERSUS | * | NO: 17-4574 |
| BP EXPLORATION & PRODUCTION INC., ET AL. | * | SECTION: "J"(4) |

## ORDER

This case is a B-3 medical case arising out of the Deepwater Horizon oil spill. Before the Court now are two motions filed by Defendants, BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP"):[1] a *Daubert Motion to Exclude the General Causation Opinions of Plaintiff's Expert, Dr. Jerald Cook* and a *Motion for Summary Judgment*. Plaintiffs in each above captioned case have filed an identical opposition. Having considered the motions and legal memoranda, the record, and the applicable law, the Court finds that both motions should be granted.

Both the *Daubert Motion* and the *Motion for Summary Judgment* filed in the above captioned cases are identical to motions this Court has previously granted in similar B-3 medical cases.[2] The Court is not alone in this conclusion, which is joined by at least five other judges of this Court. Therefore, for the previous reasons cited by this

---

[1] Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Transocean Offshore Deepwater Drilling, Inc. join in both motions.
[2] *See, e.g., Heathington v. BP Expl. & Prod.*, No. 17-4353, R. Doc. 82; *Barkley v. BP Expl. & Prod.*, No. 13-995, R. Doc. 50.

1

Court as well as the five other judges of this Court, both the *Daubert Motion* and the *Motion for Summary Judgment* shall be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' *Daubert Motion to Exclude the General Causation Opinions of Plaintiff's Expert, Dr. Jerald Cook* is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants' *Motion for Summary Judgment* is **GRANTED.**

**IT IS FURTHER ORDERED** that all claims of the above captioned Plaintiff against Defendants, BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Transocean Offshore Deepwater Drilling, Inc. are hereby **DISMISSED with prejudice**.

New Orleans, Louisiana, this 30th day of September, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE